FILED
CLERK, U.S. DISTRICT COURT

AUG 25 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LANDON KENT,<br><br>Defendant. | Case No. 22-MJ-3387<br><br>ORDER OF DETENTION |

I.

On August 25, 2022, Defendant made his initial appearance in this district – by consent to video teleconference - on the criminal complaint filed in the Southern District of Florida.[1] Deputy Federal Public Defender Kim Savo was appointed to represent Defendant. A detention hearing was held.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of

---

[1] The Court granted the government's request to unseal the complaint.

the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing including the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ history of use of aliases

☒ minimal ties to the Central District of California

☒ Insufficient bail resources and lack of information regarding viability of proposed surety

As to danger to the community:

☒ Allegations in the criminal complaint include serious and repeated threats to harm another, including by violent means and targeting a victim and a victim's family members.

☒ history of mental health issues

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

The Court has granted Defendant's request for an identity hearing on Thursday, September 1, 2022 at 9:00 a.m., and therefore, Defendant is to remain in custody in this district until the conclusion of the identity hearing.

The Court orders the Bureau of Prisons to provide a mental health assessment of Defendant as soon as possible.

Dated: August 25, 2022

/s/
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

3